IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN MICHAEL NORRIS,

    Plaintiff,                            No. CIV S-08-0720 MCE JFM P

    vs.

EL DORADO COUNTY DETENTION
FACILITY, Maintenance,

    Defendant.                        ORDER

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement.

        In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff's

/////

/////

1

1  failure to comply with this order will result in a recommendation that this action be dismissed
2  without prejudice.
3  DATED: May 29, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/ky
norr0720.3cnew